**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN SCHALLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:14-cv-02397** |
| | ) | |
| **v.** | ) | **Judge Wood** |
| | ) | **Magistrate Judge Mason** |
| **NCS a/k/a NATIONWIDE CREDIT** | ) | |
| **SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY PRIOR TO THE APPEARANCE OF ALL PARTIES

NOW COMES the Plaintiff, STEVEN SCHALLER, by and through his attorneys, SMITHMARCO, P.C., and for his Motion to Conduct Limited Discovery Prior to the Appearance of All Parties, Plaintiff states as follows:

1.  Plaintiff filed his original pleading in this matter on April 3, 2014; Defendant has not been served with summons in this matter.

2.  Plaintiff's Complaint alleges that Defendant, NCS a/k/a NATIONWIDE CREDIT SERVICES, violated the Fair Debt Collection Practices Act relative to its attempts to collect a debt from Plaintiff.

3.  At the time of filing the Complaint, Plaintiff's Counsel is in possession of a P.O. Box address received from Defendant in a conversation during pre-litigation investigation.

4.  The address that was given was P.O. Box 4503, Williamsville, NY 14221.

5.  Defendant refused to provide Plaintiff's Counsel with an address for a physical location.

6.     Despite a comprehensive search, Plaintiff has been unable to locate a specific physical address for Defendant.

7.     Plaintiff has ascertained that the aforesaid P.O. Box appears to be located at the United States Postal Service office located at 5325 Sheridan Drive, Buffalo, NY 14221-9998.

8.     Plaintiff seeks leave of Court to serve the aforesaid United States Postal Service office, with a subpoena for documents relating to Defendant's physical address.

9.     Upon information and belief, the aforementioned documentation shall reveal a true address for Defendant, thus permitting service of process.

10.     Plaintiff acknowledges that the parties to the present lawsuit have not conferred as required by Rule 26(f) and that under normal circumstances the issuance of discovery prior to such a conference would be deemed to be premature.

11.     Given the current situation as delineated above, however, Plaintiff seeks leave of court to conduct discovery limited to the purpose as aforementioned.

12.     Plaintiff shall be greatly prejudiced if Plaintiff is not permitted to conduct the aforesaid discovery.

WHEREFORE, Plaintiff, STEVEN SCHALLER, respectfully requests that this Honorable Court enter an order granting Plaintiff leave to conduct limited discovery as delineated above.

Respectfully submitted,
**STEVEN SCHALLER**

By: ___ s/ David M. Marco _____
Attorney for Plaintiff

Dated: April 4, 2014

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:      (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:         dmarco@smithmarco.com