IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN SCHALLER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:14-cv-02397 |
| | ) | |
| v. | ) | Judge Wood |
| | ) | Magistrate Judge Mason |
| NCS a/k/a NATIONWIDE CREDIT SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

On April 17, 2014 , at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wood, or any judge sitting in their stead, in Room 1725, the courtroom usually occupied by them in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and present a copy of **Plaintiff's Motion to Conduct Limited Discovery Prior to the Appearance of All Parties,** a copy of which is attached hereto and hereby served upon you.

                                              Respectfully submitted,
                                              **STEVEN SCHALLER**

                                By:    s/ David M. Marco
                                         Attorney for Plaintiff

Dated: April 4, 2014

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:    (312) 546-6539
Facsimile:     (888) 418-1277
E-Mail:        dmarco@smithmarco.com